

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-16-2005

# Fagin v. Gilmartin

Precedential or Non-Precedential: Precedential

Docket No. 04-3735

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Fagin v. Gilmartin" (2005). *2005 Decisions*. Paper 17.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/17

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

December 16, 2005

No. 04-3735

ELLEN FAGIN, et al., Appellants

v.

*MERCK & CO., INC., A New Jersey Corporation, et al., Nominal Appellees
(*Amended per Clerk's Order of 2/10/05)

(D.C. Civil Action No. 03-cv-02631)

**Present:**     AMBRO, Circuit Judge

**Opinion filed December 15, 2005.**

_____ **O R D E R** _____

Because of a typographical error, it is hereby ordered that the opinion be amended by deleting "1999" in the last line of the carryover paragraph on page 12, and in lieu thereof replacing it with, "1989".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: December 16, 2005